UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,
Plaintiffs

vs.

RSG CONTRACTING CORPORATION,
Defendant

and

EASTERN CONTRACTORS, INC.,
Reach-and-Apply Defendant

and

ENTERPRISE BANK AND TRUST COMPANY,
Trustee

C.A. No.

## AFFIDAVIT OF JAMES BUCCI

1.  My name is James Bucci. I am the Field Agent for the International Union of Operating Engineers Employee Benefit Funds ("Funds"). In my capacity as Field Agent, I audit the books and records of, and collect fringe benefit contributions owed by, contractors that are signatory to collective bargaining agreements with the International Union of Operating Engineers Local 4 ("Union").

2. On or about June 1, 2001, defendant RSG Contracting Corporation ("RSG") agreed in writing to be bound to the terms of the Restated Agreements and Declarations of Trust establishing Plaintiff Funds, to the terms of collective bargaining agreements requiring contributions to Plaintiff Funds; and to any successor agreements. A copy of RSG's signed agreement ("short form agreement") is attached to the Complaint as Exhibit A.

3. Because of the short form agreement, RSG has been a party to successive collective bargaining agreements with the International Union of Operating Engineers Local 4, including the agreement which is effective from June, 1999 through May, 2005 ("the Agreement"). A copy of the relevant portions of this Agreement is attached to the Complaint as Exhibit B.

4. The Agreement requires RSG to make contributions to Plaintiff Funds for each payroll hour for each person covered by the Agreement.

5. Pursuant to the Agreement, employers are also obligated to deduct and remit a negotiated percentage of the gross wage package, before taxes, for union dues.

6. RSG has failed to pay monthly contributions to the Funds since paying contributions owed for work done during the month of April, 2004.

7. According to remittance reports prepared by RSG and submitted to the Funds, RSG owes $22,242.01 in contributions for the period May, 2004 through February, 2005, with an as yet unliquidated amount due thereafter.

8. Under the terms of the Agreement, RSG owes $1,687.56 in interest on those unpaid contributions.

9. Further, RSG owes the Union $828.56 in dues deducted from employees' paychecks.

2

10. RSG also owes the Funds $69.90 in contributions to the Social Action Committee, for which contributions are paid for each payroll hour for each person covered by the Agreement.

11. By certified letter dated December 8, 2004, the Funds' attorney demanded payment of the delinquent contributions and interest from May, 2004 forward. A copy of that letter is attached to the Complaint as Exhibit C.

12. While RSG did subsequently remit a check for $12,350.99 in payment of contributions owed for April, 2004, this check was merely a replacement for a check that had been provided to the Funds on September 6, 2004 in payment of April, 2004 contributions and which had been returned due to insufficient funds. The company has failed to pay contributions owed from May, 2004 forward, as demanded in the Exhibit C letter.

13. Thus, to date, RSG has failed to pay the Funds $23,999.43, representing contributions and interest owed from May, 2004 through February, 2005, plus an as yet unliquidated amount due thereafter, and has failed to pay the Union $828.56, representing dues owed for the same period of time.

14. RSG worked as a subcontractor to Eastern Contractors, Inc. ("Eastern") on a project at Lincoln-Sudbury High School in Sudbury, Massachusetts during the months of August and September, 2004, representing a part of the period of time for which contributions are owed by RSG.

15. I received and reviewed certified payroll records demonstrating that a total of $2,634.06 is due from RSG to the Funds for work done by Funds' members on Eastern's Lincoln-Sudbury High School job.

3

16. Further, upon information and belief, Eastern has not paid RSG for the work RSG did on the Lincoln-Sudbury High School job and, as a result, RSG pulled off the job in September, 2004.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 19th DAY OF APRIL, 2005.

_____
James Bucci

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Affidavit has been served by certified and first class mail upon defendant RSG Contracting Corporation ("RSG") at 96 Stedman Street, Lowell, Massachusetts BY ITS ATTORNEY DAVID KEENAN and by first class mail upon reach-and-apply defendant Eastern Contractors, Inc. at ~~541 Union Avenue, Framingham, Massachusetts~~ this 21 day of April, 2005.
AT QUINLAN & SADOWSKI,
11 VANDERBILT AVENUE,
NORWOOD, MA 02062

_____
Gregory A. Geiman, Esquire


ARS/gag&rs
3118 04-511/affbucci.doc