UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,
    Plaintiffs

vs.

RSG CONTRACTING CORPORATION,
    Defendant

and

EASTERN CONTRACTORS, INC.,
    Reach-and-Apply Defendant

and

ENTERPRISE BANK AND TRUST COMPANY,
    Trustee

C.A. No. 05-10837 NMG

## ORDER FOR PRELIMINARY INJUNCTION

This matter, having come before me on the Plaintiffs' Motion for Preliminary Injunction, and upon consideration of the motion, memorandum of law, and affidavits on file, I find that:

1) Plaintiffs have exhibited a likelihood of success on the merits;

2) The Reach-and-Apply Defendant's secreting, concealing, destroying, damaging, selling, transferring, pledging, encumbering, assigning, or in any way or manner disposing of or reducing the value of, or making any payment to defendant RSG Contracting Corporation on account of sums that are due or will hereafter become due RSG Contracting Corporation

      from Eastern Contractors, Inc. will result in irreparable injury, loss and damage to the Plaintiffs;

3)     The issuance of a preliminary injunction herein will not cause undue inconvenience or loss to the Reach-and-Apply Defendant but will prevent irreparable injury to the Plaintiffs, and would further the public interest;

4)     There is no adequate remedy at law;

5)     There is no known insurance available to satisfy the judgment the Plaintiffs will obtain against the Defendant; and

6)     The funds held by the Reach-and-Apply Defendant cannot be attached or taken on execution except pursuant to G.L. c. 214, §3(6).

      WHEREFORE, it is hereby ORDERED that:

    Plaintiffs shall be granted a preliminary injunction enjoining the Reach-and-Apply Defendant Eastern Contractors, Inc. and its agents, servants, employees, attorneys, and upon those persons in active participation or concert with it and those persons acting at its command who receive actual notices of a Preliminary Injunction order by personal service or otherwise, and each and every one of them, from secreting, concealing, destroying, damaging, selling, transferring, pledging, encumbering, assigning, or in any way or manner disposing of or reducing the value of, or making any payment to Defendant RSG Contracting Corporation on account of sums that are due or will hereafter become due RSG Contracting Corporation from Eastern Contractors, Inc.

      SO ORDERED.

                                                          _____
                                                          The Honorable Nathaniel M. Gorton
                                                          United States District Court

Dated: _____
GAG/gag&ts
ARS 3118 04-511/order-pj.doc