UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, Plaintiffs<br><br>vs.<br><br>RSG CONTRACTING CORPORATION, Defendant<br><br>and<br><br>EASTERN CONTRACTORS, INC., Reach-and-Apply Defendant<br><br>and<br><br>ENTERPRISE BANK AND TRUST COMPANY, Trustee | C.A. No. 05-10837 NMG |

**AFFIDAVIT OF GREGORY A. GEIMAN**
**PURSUANT TO MASS. R. CIV. P. 4(g)**

1.  My name is Gregory A. Geiman. I am an attorney with the law firm of Segal, Roitman & Coleman.

2.  This firm has been involved in efforts to collect contributions owed the International Union of Operating Engineers Employee Benefit Funds by RSG Contracting Corporation since on or about November 30, 2004.

2

3. I do not have knowledge of any liability insurance that will be available to satisfy any judgment against the Defendant in the above-captioned action.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 13th DAY OF JULY, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 04-511/affgeiman.doc