**United States District Court**
**District of Massachusetts**

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as Trustees of the International Union of Operating Engineers Local 4 Health and Welfare, Pension and Annuity Funds, LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as Trustees of the Hoisting and Portable Engineers Local 4 Apprentice and Training Funds and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4 ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-10837-NMG |
| Plaintiffs, ) ) | |
| v. ) ) | PRELIMINARY INJUNCTION |
| RSG CONTRACTING CORPORATION, ) ) | |
| Defendant, ) ) | |
| and ) ) | |
| EASTERN CONTRACTORS, INC. ) ) | |
| Reach-and-Apply Defendant, ) ) ) | |
| And ) ) | |
| ENTERPRISE BANK AND TRUST COMPANY, ) ) ) | |
| Trustee Process Defendant. ) ) | |

-1-

**GORTON, J.**

On April 25, 2005, plaintiffs filed a motion for a preliminary injunction to prevent reach and apply defendant, Eastern Contractors, Inc. ("Eastern") from disposing of or transferring any funds in its possession and owed to defendant, RSG Contracting Corporation ("RSG"). Today, July 13, 2005, Eastern notified the Court that it does not oppose entry of the preliminary injunction and plaintiffs appeared at a hearing before this Court to confirm the same. Plaintiffs have satisfied the requirements for issuance of a preliminary injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure.

Accordingly, Eastern and its agents, servants, employees and attorneys who receive actual notice of this Order are hereby preliminarily enjoined, pending a final determination of this action, from secreting, concealing, destroying, damaging, selling, transferring, pledging, encumbering, assigning or in any way disposing of or reducing the value of, or making any payment to defendant, RSG, on account of all sums that are due or hereafter become due to RSG from Eastern. Plaintiffs are excused from posting bond.

**So ordered.**

_Nathaniel M. Gorton_
Nathaniel M. Gorton
United States District Judge

Dated July 13, 2005

-2-