UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-10837-NMG

*********************************************************************
LOUIS G. RASETTA and JOHN J. SHAUGHNESSY,
as Trustees of the International Union of
Operating Engineers Local 4 Health and Welfare,
Pension and Annuity Funds, LOUIS G. RASETTA
and CHRISTOPHER BARLETTA, as Trustees of the
Hoisting and Portable Engineers Local 4
Apprentice and Training Funds and INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 4,
                Plaintiffs

V.

RSG CONTRACTING CORPORATION,                        ANSWER OF TRUSTEE
                Defendant
and

EASTERN CONTRACTORS, INC.
                Reach-and-Apply
                Defendant,
and

ENTERPRISE BANK & TRUST COMPANY,
                Trustee Process
                Defendant
*********************************************************************

    NOW COMES ENTERPRISE BANK AND TRUST COMPANY, summonsed as Trustee, and hereby makes answer that at the time of the service of the summons, more specifically, July 15, 2005, it had Zero and 00/100 Dollars ($0.00) in funds, goods, effects and/or credits in its possession standing in the name of RSG Contracting Corporation.

    Signed under the penalties of perjury by Janice R. Villanucci, Sr. Vice President & Manager of Bookkeeping for Enterprise Bank and Trust Company, this 19th day of July 2005.

                                            Janice R. Villanucci
                                            Sr. Vice President & Manager
                                            of Bookkeeping

                                            Philip S. Nyman, Esquire
                                            (BBO# 375320)
                                            Attorney for Trustee
                                            375 Gorham Street
                                            Lowell, MA 01852

DATED: July 19, 2005                  Telephone: (978) 459-0754

## CERTIFICATE OF SERVICE

I, Philip S. Nyman, Esquire, do hereby certify that a copy of the within, Answer of Trustee, was served upon Sarah A. Thornton, Clerk of Court, United States District Court, John Joseph Moakley Courthouse, 1 Courthouse Way, Suite 2300, Boston, MA 02210 by mailing same first class, postage prepaid on July 19, 2005.

                                              Philip S. Nyman, Esq.