UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G.RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,<br>    Plaintiffs<br><br>vs.<br><br>RSG CONTRACTING CORPORATION,<br>    Defendant<br><br>and<br><br>EASTERN CONTRACTORS, INC.,<br>    Reach-and-Apply Defendant<br><br>and<br><br>ENTERPRISE BANK AND TRUST COMPANTY,<br>    Trustee | C.A. NO. 05-10837 NMG |

**ANSWER OF REACH AND APPLY DEFENDANT EASTERN CONTRACTORS, INC.**

Now comes the Reach and Apply Defendant, Eastern Contractors, Inc. (hereinafter "Eastern") and hereby Answers the Plaintiff's Complaint as follows:

**NATURE OF ACTION**

1. Paragraph 1 is introductory in nature and contains legal conclusions and therefore requires no response. To the extent the court deems a response necessary, the Reach and Apply Defendant, Eastern, has insufficient knowledge or information upon which to form a belief as

to the allegations of paragraph 1.

## JURISDICTION

2. Paragraph 2 is introductory in nature and contains legal conclusions and therefore requires no response. To the extent the court deems a response necessary, the Reach and Apply Defendant, Eastern, has insufficient knowledge or information upon which to form a belief as to the allegations of paragraph 2.

## PARTIES

3. The Reach and Apply Defendant, Eastern, has insufficient knowledge or information upon which to form a belief as to the allegations of paragraph 3.

4. The Reach and Apply Defendant, Eastern, has insufficient knowledge or information upon which to form a belief as to the allegations of paragraph 4.

5. The Reach and Apply Defendant, Eastern, has insufficient knowledge or information upon which to form a belief as to the allegations of paragraph 5.

6. The Reach and Apply Defendant, Eastern, has insufficient knowledge or information upon which to form a belief as to the allegations of paragraph 6.

7. The Reach and Apply Defendant, Eastern, has insufficient knowledge or information upon which to form a belief as to the allegations of paragraph 7.

8. The Reach and Apply Defendant, Eastern, has insufficient knowledge or information upon which to form a belief as to the allegations of paragraph 8.

9. The Reach and Apply Defendant, Eastern, has insufficient knowledge or information upon which to form a belief as to the allegations of paragraph 9.

10. The Reach and Apply Defendant, Eastern admits that it entered into a contract with the

Lincoln/Sudbury school district for the construction of a new Lincoln/Sudbury High School. Eastern admits that RSG Contracting Corporation (hereinafter "RSG") worked as a subcontractor on the Lincoln/Sudbury High School project before RSG was terminated by Eastern from the Lincoln/Sudbury project. Eastern admits that RSG worked as a subcontractor on other projects for Eastern. Eastern denies the remaining allegations contained in Paragraph 10.

11. The Reach and Apply Defendant, Eastern, has insufficient knowledge or information upon which to form a belief as to the allegations of paragraph 11.

## GENERAL ALLEGATIONS OF FACT

12. The Reach and Apply Defendant, Eastern, has insufficient knowledge or information upon which to form a belief as to the allegations of paragraph 12.

13. The Reach and Apply Defendant, Eastern, has insufficient knowledge or information upon which to form a belief as to the allegations of paragraph 13.

14. The Reach and Apply Defendant, Eastern, has insufficient knowledge or information upon which to form a belief as to the allegations of paragraph 14.

15. The Reach and Apply Defendant, Eastern, has insufficient knowledge or information upon which to form a belief as to the allegations of paragraph 15.

## COUNT I-VIOLATION OF ERISA- DELINQUENT CONTRIBUTIONS

16. Eastern repeats and reavers its Answers to Paragraphs 1-16 of Plaintiff's Complaint and incorporates them herein as if fully set forth.

17. The Reach and Apply Defendant, Eastern, has insufficient knowledge or information upon

which to form a belief as to the allegations of paragraph 17.

18. The Reach and Apply Defendant, Eastern, has insufficient knowledge or information upon which to form a belief as to the allegations of paragraph 18.

19. The Reach and Apply Defendant, Eastern, has insufficient knowledge or information upon which to form a belief as to the allegations of paragraph 19.

20. The Reach and Apply Defendant, Eastern, has insufficient knowledge or information upon which to form a belief as to the allegations of paragraph 20.

21. The Reach and Apply Defendant, Eastern, has insufficient knowledge or information upon which to form a belief as to the allegations of paragraph 21.

22. The Reach and Apply Defendant, Eastern, has insufficient knowledge or information upon which to form a belief as to the allegations of paragraph 22.

23. The Reach and Apply Defendant, Eastern, has insufficient knowledge or information upon which to form a belief as to the allegations of paragraph 23.

24. The Reach and Apply Defendant, Eastern, has insufficient knowledge or information upon which to form a belief as to the allegations of paragraph 24.

25. The Reach and Apply Defendant, Eastern, has insufficient knowledge or information upon which to form a belief as to the allegations of paragraph 25.

26. The Reach and Apply Defendant, Eastern, has insufficient knowledge or information upon which to form a belief as to the allegations of paragraph 26.

27. The Reach and Apply Defendant, Eastern, has insufficient knowledge or information upon which to form a belief as to the allegations of paragraph 27.

## COUNT II – VIOLATION OF LMRA
## DELINQUENT CONTRIBUTIONS AND INTEREST

28. Eastern repeats and reavers its Answers to Paragraphs 1-27 of Plaintiff's Complaint and incorporates them herein as if fully set forth.

29. The Reach and Apply Defendant, Eastern, has insufficient knowledge or information upon which to form a belief as to the allegations of paragraph 29.

## COUNT III – VIOLATION OF LMRA - DUES

30. Eastern repeats and reavers its Answers to Paragraphs 1-29 of Plaintiff's Complaint and incorporates them herein as if fully set forth.

31. The Reach and Apply Defendant, Eastern, has insufficient knowledge or information upon which to form a belief as to the allegations of paragraph 31.

32. The Reach and Apply Defendant, Eastern, has insufficient knowledge or information upon which to form a belief as to the allegations of paragraph 32.

## COUNT IV – REACH AND APPLY AGAINST
## EASTERN CONTRACTORS, INC.

33. Eastern repeats and reavers its Answers to Paragraphs 1-32 of Plaintiff's Complaint and incorporates them herein as if fully set forth.

34. Eastern admits that RSG worked on the Lincoln/Sudbury High School project from approximately June through the first part of September 2004. Eastern denies the remaining allegations contained in Paragraph 34.

35. The Reach and Apply Defendant, Eastern, has insufficient knowledge or information upon which to form a belief as to the allegations of paragraph 34.

36. Admitted.

## AFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The Plaintiffs failed to state a claim upon which relief can be granted against this Defendant, because this action is within the pre-emption provisions of ERISA 29 U.S.C., §1132 et seq.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs have failed to exhaust administrative and other available remedies and their Complaint against this Defendant is thereby barred.

### FOURTH AFFIRMATIVE DEFENSE

The Defendant, Eastern Contractors, Inc., does not owe funds to nor have in its possession other property of the Defendant RSG.

### FIFTH AFFIRMATIVE DEFENSE

Any obligations, monies, or other things which are or were or may become due to the Defendant, RSG are subject to claims of setoff and recoupment by Eastern Contractors, Inc. for costs and other expenses incurred as a consequence of breach of the subcontract between Eastern Contractors, Inc. and RSG.

**WHEREFORE,** Eastern Contractors, Inc. demands that the Complaint be dismissed, that judgment enter in favor of the Defendant, and for such further relief as the Court deems just and proper.

Defendant,
Eastern Contractors, Inc.
By its attorneys,

*/s/ David T. Keenan*

Edward J. Quinlan, Esquire
BBO# 409060
David T. Keenan, Esquire
BBO# 567325
Quinlan & Sadowski, P.C.
11 Vanderbilt Avenue, Suite 105
Norwood, MA   02062-5056
(781) 440-9909

Dated: July 27, 2005

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document was served on the attorney of record for each other party in this action, by mail, postage prepaid, on 7/27/05.

*/s/ David T. Keenan*