UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,
          Plaintiffs

vs.

RSG CONTRACTING CORPORATION,
          Defendant

and

EASTERN CONTRACTORS, INC.,
          Reach-and-Apply Defendant

and

ENTERPRISE BANK AND TRUST COMPANY,
          Trustee

C.A. No. 05-10837 NMG

**VERIFIED REQUEST TO ENTER DEFAULT**

Plaintiffs Louis G. Rasetta and John J. Shaughnessy, as they are Trustees, International Union of Operating Engineers Local 4 Health and Welfare, Pension and Annuity Funds, et al, request the Clerk to enter the default of defendant RSG Contracting Corporation (hereinafter "RSG"). This request is made pursuant to Rule 55(a), Fed.R.Civ.P. In support of this request, the Plaintiffs say:

    1)    This action was filed on April 22, 2005.

    2)    Complaint was served on defendant RSG on July 11, 2005.

3) Defendant RSG has never filed an Answer or a responsive pleading to the Complaint.

WHEREFORE, plaintiffs seek the entry of Default in this matter.

Respectfully submitted,

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,

By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street, Suite #500
Boston, MA  02108
(617) 742-0208

Dated:  August 5, 2005

## VERIFICATION

I, Gregory A. Geiman, verify that I have read this Verified Request to Enter Default and that the facts set out in the Request are true to the best of my knowledge and belief.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Verified Request to Enter Default has been served by certified and first class mail upon the defendant, RSG Contracting Corporation at 96 Stedman Street, Lowell, MA 01851 and by first class mail upon the reach-and-apply defendant, Eastern Contractors, Inc. by its attorney David Keenan at Quinlan & Sadowski, 11 Vanderbilt Avenue, Norwood, MA  02062 this 5th day of August, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 04-511/verreqdf.doc