UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Louis G. Rasetta, et al.,**                                           CIVILACTION
                **Plaintiff**                                No. 05-10837-NMG
      V.

**RSG Contracting Corporation,**
                **Defendant**

## NOTICE OF DEFAULT

Upon application of the Plaintiff, <u>Louis G. Rasetta, et al.,</u> for an order of default for failure of the defendant <u>RSG Contracting Corporation</u> to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this <u>31st</u> day of <u>  August 2005</u>

                                                            **SARAH A.THORNTON, CLERK**

                                                            /S/ Craig J. Nicewicz
                                **By:**    _____
                                                             **Deputy Clerk**

**Notice mailed to: all counsel**
       **RSG Contracting Corporation**
       **96 Stedman Street**
       **Lowell, MA 01851**