## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

LOUIS G. RASETTA and JOHN J. SHAUGHNESSY,
as they are TRUSTEES, INTERNATIONAL UNION
OF OPERATING ENGINEERS LOCAL 4 HEALTH
AND WELFARE, PENSION AND ANNUITY FUNDS,
and LOUIS G. RASETTA and CHRISTOPHER
BARLETTA, as they are TRUSTEES, HOISTING AND
PORTABLE ENGINEERS LOCAL 4 APPRENTICE
AND TRAINING FUNDS and INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 4,             C.A. No. 05-10837 NMG
            Plaintiffs

            vs.

RSG CONTRACTING CORPORATION,
            Defendant

            and

EASTERN CONTRACTORS, INC.,
            Reach-and-Apply Defendant

            and

ENTERPRISE BANK AND TRUST COMPANY,
            Trustee

## STIPULATION OF DISMISSAL

Plaintiffs Louis G. Rasetta and John J. Shaughnessy, as they are Trustees, International

Union of Operating Engineers Local 4 Health and Welfare, Pension and Annuity Funds, et al,

Defendant RSG Contracting Corporation, and Reach-and-Apply Defendant Eastern Contractors,

Inc. stipulate herein, pursuant to Rule 41(a)(1), Fed.R.Civ.P., that this case is dismissed as to the

Defendant and Reach-and-Apply Defendant without attorneys' fees and costs.

Respectfully submitted,

LOUIS G. RASETTA and JOHN J.
SHAUGHNESSY, as they are TRUSTEES,
INTERNATIONAL UNION OF
OPERATING ENGINEERS LOCAL 4
HEALTH AND WELFARE FUND, et al,

By their attorneys,

/s/ Gregory A. Geiman
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street, Suite #500
Boston, MA  02108
(617) 742-0208


RSG CONTRACTING CORPORATION,

By its attorney,

/s/ Michael P. Sams
Michael P. Sams, Esquire
BBO #567812
Sherin and Lodgen, LLP
101 Federal Street
Boston, MA  02110
(617) 646-2277

EASTERN CONTRACTORS, INC.

By its attorney,

/s/ David T. Keenan
David T. Keenan, Esquire
BBO #567325
Quinlan & Sadowski
11 Vanderbilt Avenue
Norwood, MA  02062
(781) 440-9909

2

Dated:  September 28, 2005

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above Stipulation of Dismissal has been served by first class mail upon the defendant, RSG Contracting Corporation, by its attorney Michael Sams at Sherin & Lodgen, LLP, 101 Federal Street, Boston, MA  02110 and upon the reach-and-apply defendant, Eastern Contractors, Inc., by its attorney David T. Keenan at Quinlan & Sadowski, 11 Vanderbilt Avenue, Norwood, MA  02062 this 28th day of September, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 3118 04-511/stipdism.doc